DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAIRLANDE AUDIESSE,**
Appellant,

v.

**OMEGA INSURANCE COMPANY,**
Appellee.

No. 4D18-2155

[October 17, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 2017-CA-000116.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***